The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHRISTOPHER BOFFOLI, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EDITORIAL TELEVISA, S.A. de C.V., a Mexico corporation,<br><br>　　　　Defendant. | Case No. 2:22-cv-01582<br><br>**ORDER GRANTING PLAINTIFF CHRISTOPHER BOFFOLI'S MOTION TO CONTINUE INITIAL SCHEDULING DATES** |

　　This matter came before the Court on Plaintiff Christopher Boffoli's Motion to Continue Initial Scheduling Dates. Having reviewed the Motion and any further papers filed in opposition or support, and finding good cause therefore, the Motion is GRANTED as follows:

　　1.　The F. R. Civ. P. 26(f) deadline should be continued from October 3, 2023 to January 2, 2024.

　　2.　The Initial Disclosure deadline should be continued from October 10, 2023 to January 8, 2024.

　　3.　The Joint Status Report deadline should be continued from October 17, 2023 to January 15, 2024.

　　**IT IS SO ORDERED.**

1

1  Dated: October 23, 2023.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge