The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHRISTOPHER BOFFOLI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EDITORIAL TELEVISA, S.A. de C.V., a Mexico corporation,<br><br>Defendant. | Case No. 2:22-cv-01582<br><br>**ORDER GRANTING PLAINTIFF CHRISTOPHER BOFFOLI'S MOTION TO CONTINUE INITIAL SCHEDULING DATES** |

This matter came before the Court on Plaintiff Christopher Boffoli's Motion to Continue Initial Scheduling Dates. Having reviewed the Motion, and finding good cause therefore, the Motion is GRANTED as follows:

1. The F. R. Civ. P. 26(f) deadline is continued from January 2, 2024 to April 1, 2024.

2. The Initial Disclosure deadline is continued from January 8, 2024 to April 8, 2024.

3. The Joint Status Report deadline is continued from January 15, 2024 to April 15, 2024.

**IT IS SO ORDERED.**

December 20, 2023

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE