The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHRISTOPHER BOFFOLI, an individual,<br>Plaintiff,<br><br>v.<br><br>EDITORIAL TELEVISA, S.A. de C.V., a Mexico corporation, Defendant. | Case No. 2:22-cv-01582<br><br>**ORDER GRANTING PLAINTIFF CHRISTOPHER BOFFOLI'S MOTION FOR ALTERNATE SERVICE** |

This matter came before the Court on Plaintiff Christopher Boffoli's Motion for Alternate Service. Having reviewed the Motion and the declarations filed in support, and finding good cause therefore, the Motion is GRANTED as follows:

1. Christopher Boffoli may serve the summons, complaint, and all other pleadings, documents, and orders issued in this action upon Defendant Editorial Televisa, S.A. de C.V. by emailing all case-initiating documents and pleadings to <cgodoya@televisa.com.mx>.

2. Christopher Boffoli will also send a copy of all documents filed in this action to date to Defendant Editorial Televisa, S.A. de C.V. by mail to the following address:

Vasco de Quiroga 2000, Santa Fe
Álvaro Obregón, CDMX, México, 01210

**IT IS SO ORDERED.**

Dated: February 7, 2024.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge