**Honorable Barbara J. Rothstein**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER BOFFOLI,<br><br>  Plaintiff,<br><br>vs.<br><br>EDITORIAL TELEVISA, S.A. de C.V., a Mexican corporation,<br><br>  Defendant. | No. 2:22-cv-01582<br><br>**STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT** |

## I.  STIPULATED MOTION

Pursuant to LCR 83.2(b)(1), the undersigned attorneys hereby STIPULATE and AGREE to allow Stephanie J. Grant of Tonkon Torp LLP to withdraw as counsel for Defendant Editorial Televisa, S.A. de C.V. in the above referenced matter, and to allow Charles A. Henty and Stephanie S. Andersen of Forsberg & Umlauf, P.S. to appear and substitute as counsel of record for Defendant, instead. All further papers and pleadings, except for original service of process, should be made upon counsel of record at the office indicated below.

Counsel request that all future notices be directed to:

Charles A. Henty, WSBA #39222
Stephanie S. Andersen, WSBA #22250
901 Fifth Avenue, Suite 1400

STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR DEFENDANT – 1
CAUSE NO.

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

Seattle, WA 98164
Phone: 206-689-8500
Email:  chenty@foum.law
         sandersen@foum.law
*Substituting Attorneys for Defendant*
*Editorial Televisa, S.A. de C.V.*

Dated this 19th day of March, 2024.

TONKON TORP LLP

s/Stephanie J. Grant
Stephanie J. Grant, WSBA #60680
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
Phone: 503-802-5736
Email: stephanie.grant@tonkon.com
*Withdrawing Attorneys for Defendant*
*Editorial Televisa, S.A. de C.V.*

Dated this 19th day of March, 2024.

FORSBERG & UMLAUF, P.S.

s/Charles A. Henty
Charles A. Henty, WSBA #39222

s/Stephanie S. Andersen
Stephanie S. Andersen, WSBA #22250

901 Fifth Avenue, Suite 1400
Seattle, WA 98164
Phone: 206-689-8500
Email:  chenty@foum.law
         sandersen@foum.law
*Substituting Attorneys for Defendant*
*Editorial Televisa, S.A. de C.V.*

Dated this 22nd day of March, 2024.

NEWMAN LLP

s/Keith Scully
Keith Scully, WSBA #28677
1201 Second Ave, Suite 900
Seattle, WA 98101
Phone: 206-274-2800
Email: keith@newmanlaw.com
*Attorney for Plaintiff*

STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT – 2
CAUSE NO.

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

## II. ORDER

IT IS SO ORDERED.

DATED this 27th day of March, 2024.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR DEFENDANT – 3
CAUSE NO.

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX