The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHRISTOPHER BOFFOLI, an individual, <br><br> Plaintiff, <br><br> v. <br><br> EDITORIAL TELEVISA, S.A. de C.V., a Mexico corporation, <br><br> Defendant. | Case No. 2:22-cv-01582 <br><br> **ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS** |

This matter came before the Court upon the stipulation of the parties for entry of a dismissal order. The Court has considered the stipulation and the pleadings and files of record, and being fully informed,

IT IS HEREBY ORDERED that the Parties' Stipulated Dismissal is GRANTED. Plaintiff Christopher Boffoli's Complaint is dismissed with prejudice, without costs or attorneys' fees to any party. Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

DATED this 20th day of May, 2024.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

1